# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior Judge Richard P. Matsch

Civil Action No. 15-cv-00724-RPM

**SCOTT NEWMAN,**

    Plaintiff,

v.

**HOMEBRIDGE FINANCIAL SERVICES, INC. D/B/A/ REAL ESTATE MORTGAGE NETWORK,**

    Defendant.

## ORDER FOR TRANSFER

The first claim for relief in the complaint filed in the District Court, City and County of Denver, Colorado and removed to this court is for breach of an employment contract, which contains the following provision:

### XV. FORUM/JURISDICTION

> In the event that the parties cannot resolve any dispute by the ADR provisions contained herein, any dispute between the parties may only be brought in federal district court in New Jersey, or in the event subject-matter jurisdiction is lacking, in a New Jersey State Court of competent jurisdiction. By execution of this Agreement, the parties are consenting to personal jurisdiction in New Jersey limited to matters concerning the employment relationship between them.

Ex. 1, ¶XV.

The defendant moved for transfer of this civil action to the United States District Court for the District of New Jersey, invoking that forum selection clause. The plaintiff opposed that motion, asserting that he has also made a claim under the Colorado Wage Claim Act, C.R.S. §8-4-101, *et seq.* ("CWCA") and that a forum selection clause is unenforceable for claims

brought under the CWCA in Colorado courts.  The wage claim depends upon the breach of contract claim and may not be used to avoid the forum selection provision of the employment contract.

The CWCA claim can be adjudicated in the District of New Jersey.  The defendant is the plaintiff in an action against Scott Newman now pending in the District of New Jersey asserting tort claims as well as a breach of contract claim against him.  The factors that support a discretionary transfer pursuant to 28 U.S.C. § 1404(a) are present, giving the transferee court the ability to consider consolidation or coordination of these related cases. It is

ORDERED that this civil action is transferred to the United States District Court for the District of New Jersey.

DATED: May 29, 2015

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch
Senior District Judge